TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASMIN YANG (Cal. Bar No. 255254)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jasmin.Yang@usdoj.gov

Attorneys for Defendants
Martin R. Barash and Maureen A. Tighe

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>HON. MARTIN R. BARASH and HON. MARUEEN A. TIGHE,<br><br>    Defendants. | Case No. CV 22-610<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 1442(a)(3)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(3), Defendants the Honorable Martin R. Barash and the Honorable Maureen A. Tighe (the "Federal Judiciary Defendants") hereby remove to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On November 29, 2021, Peter Kleidman ("Plaintiff") filed a civil action against the Federal Judiciary Defendants in the Superior Court of the State of California for the County of Los Angeles, entitled *Peter Kleidman v. Martin R. Barash, et al., et al.*, as Case No. 21CECV01633. A copy of the Complaint and all other pleadings received to date are attached as **Exhibit 1**. The complaint alleges causes of action for violation of due process, declaratory relief, and injunctive relief.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(3), which authorizes the removal of civil actions against "[a]ny officer of the courts of the United States, for or relating to any act under color of office or in the performance of his duties" to the district court embracing the place where the action is pending. The Federal Judiciary Defendants are bankruptcy judges and are entitled to, among other things, the defense of judicial immunity.

3. The Federal Judiciary Defendants received notice of this suit less than 30 days ago and therefore removal is timely. In *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run. Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run, and thus, removal is timely.

4. Promptly after filing this notice, the Federal Judiciary Defendants shall give written notice of this removal to the adverse party and to the Clerk of the State Court.

1 | *See* 28 U.S.C. § 1446(d).

2 |     5.    This Court is the proper district and division to hear this case because Plaintiff brought this action in the Los Angeles County Superior Court. *See* 28 U.S.C. § 1442(a).

    6.    Because this notice is filed on behalf of the Federal Judiciary and employees of the Judicial Branch of the United States, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, the Federal Judiciary Defendants remove this action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 21VECV01633, to the United States District Court for the Central District of California.

Dated: January 28, 2022

Respectfully submitted,

TRACY L. WILKISON  
Acting United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
JOANNE S. OSINOFF  
Assistant United States Attorney  
Chief, General Civil Section

   /s/Jasmin Yang  
Jasmin Yang  
Assistant United States Attorney

Attorneys for Defendants Martin R. Barash and Maureen A. Tighe

## CERTIFICATE OF SERVICE BY U.S. MAIL

I am a citizen of the United States and resident or employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

I served the **NOTICE OF REMOVAL OF CIVIL ACTION** on persons or entities named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Person(s) and/or Entity(s) to Whom Mailed:

| | |
|---|---|
| Peter Kleidman<br>680 East Main Street, #506<br>Stamford, CT 06901 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: January 28, 2022 at Los Angeles, California.

/s/ Alexa Ramirez
Alexa Ramirez